CHARLES R. LIVECCHI, Appellant, v JOHN NACCA, Respondent.

Submitted August 12, 2013; decided November 14, 2013

Motion for reargument of motion for leave to appeal denied [*see* 21 NY3d 1000 (2013)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HORTON, Appellant.

Submitted November 12, 2013; decided November 14, 2013

Motion for assignment of counsel granted and Tyson Blue, Esq., 4064 County Line Road, Macedon, New York 14502 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ODDONE, Appellant.

Submitted November 4, 2013; decided November 14, 2013

Motion by New York City Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.